435 A.2d 250

Remo Inc. v. Valley Forge Hotel Co., et al.

Strickland v. Valley Forge Hotel Co., et al.

Appeal of The First Pennsylvania Banking and Trust Company.

Argued December 6, 1979. Scott D. Patterson, for appellant; Lawrence A. Ruth, for Remo, appellee (at No. 504) and for Strickland, appellee (at No. 505); Sidney M. De Angelis, for Valley Forge, appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

Remand to the trial court for its consideration of the non pros motion, if not waived.

SPAETH, J., filed a memorandum concurring opinion.